**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**


Bessy Argueta Sorto                           Civil Action No. 4:23-cv-01107

           Plaintiff

v.

Experian Information Solutions, Inc. et al

           Defendants

**NOTICE OF SETTLEMENT WITH EQUIFAX INFORMATION SERVICES, LLC**

NOW COMES Plaintiff, files this Notice, and in support would show as follows.

1. Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with **EQUIFAX INFORMATION SERVICES, LLC**

2. Plaintiff will file the documentation required to terminate Defendant Equifax and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.


Dated:  February 26, 2024

Respectfully submitted,

    */s/Jonathan Raburn*
    Jonathan Raburn
    ATTORNEY FOR PLAINTIFF
    Louisiana Bar Roll No. 28728
    McCarty & Raburn, A Consumer Law Firm, PLLC
    8570 Anselmo Ln.
    Baton Rouge, La. 70810
    jraburn@mccartyraburn.com
    Telephone: 225-412-2777

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of February 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record:


 Date Signed this the <u>26th day of February 2024</u>


Respectfully submitted,

<u>*/s/Jonathan Raburn*    </u>
 Jonathan Raburn
 Attorney For Plaintiff