**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

Bessy Argueta Sorto,

       Plaintiff,

v.

Experian Information Solutions, Inc., et al

       Defendant(s).
_____/

CASE NO:4:23-cv-01107-SDJ-KPJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO EQUIFAX INFORMATION SERVICES, LLC.

**NOW COME** Plaintiff Bessy Argueta Sorto ("Plaintiff") and Equifax Information Services, LLC ("Equifax"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against Equifax only in the above-styled action, with Plaintiff and Equifax to bear their own fees, costs and expenses.

This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

Respectfully submitted this May 6, 2024.

| | |
|---|---|
| */s/Jonathan Raburn* <br> Jonathan Raburn <br> ATTORNEY FOR PLAINTIFF <br> Louisiana Bar Roll No. 28728 <br> McCarty & Raburn, A Consumer <br> Law Firm, PLLC <br> 8570 Anselmo Ln. <br> Baton Rouge, LA, 70810 <br> jraburn@mccartyraburn.com <br> Telephone: 225-412-2777 | *By: /s/ Samin Hessami* <br> Samin Hessami, Bar No. 24100109 <br> shessami@seyfarth.com <br> SEYFARTH SHAW LLP <br> 700 Milam Street <br> Suite 1400 <br> Houston, Texas  77002-2812 <br> Telephone:  (713) 225-2300 <br> Facsimile:  (713) 225-2340 <br> Counsel for Defendant <br> Equifax Information Services LLCClick or tap here to enter text. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 6th of May 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

*/s/ Jonathan Raburn*
Attorney for Plaintiff