IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

Bessy Argueta Sorto,

       Plaintiff,

v.

Experian Information Solutions, Inc., et al

       Defendant(s).
_____/

CASE NO:4:23-cv-01107-SDJ-KPJ

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION, LLC.

**NOW COME** Plaintiff Bessy Argueta Sorto ("Plaintiff") and TransUnion, LLC. ("TransUnion"), by and through their undersigned counsel, and hereby jointly request that this Court dismiss, with prejudice, each claim and count therein asserted by Plaintiff against TransUnion only in the above-styled action, with Plaintiff and TransUnion to bear their own fees, costs and expenses.

This Joint Stipulation does not impact Plaintiff's claims against any other defendant.

Respectfully submitted this May 22, 2024.

| | |
|---|---|
| */s/Jonathan Raburn* | */s/ Jennifer Wade* |
| Jonathan Raburn | Jennifer Wade |
| ATTORNEY FOR PLAINTIFF | Texas State Bar No. 24052640 |
| Louisiana Bar Roll No. 28728 | jwade@qslwm.com |
| McCarty & Raburn, A Consumer Law Firm, PLLC | QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. |
| 8570 Anselmo Ln. | 6900 N. Dallas Parkway, Suite 800 |
| Baton Rouge, LA, 70810 | Plano, Texas 75024 |
| jraburn@mccartyraburn.com | Telephone: (214) 560-5466 |
| Telephone: 225-412-2777 | Facsimile: (214) 871-2111 |
| | ***Counsel for Trans Union LLC*** |

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on the 22th of May 2024, I electronically filed the foregoing with the Clerk of Court using CM/ECF, which will serve a copy of the aforesaid via Notice of Electronic Filing upon all parties of record.

                                                           */s/ Jonathan Raburn*
                                                           Attorney for Plaintiff